NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

## 2010-7054

LAWRENCE E. PALMER,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 06-952, Judge Alan G. Lance.

ON MOTION

## O R D E R

The Secretary of Veterans Affairs moves to stay the briefing schedule in this appeal pending a final disposition by the United States Supreme Court related to this court's decision in Henderson v. Shinseki, 589 F.3d 1201 (Fed Cir. 2009).

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to stay the briefing schedule pending the Supreme Court's final disposition of Henderson is granted. The parties are directed to inform this court, within 14 days of the Supreme Court's final disposition of Henderson, concerning how they believe that this appeal should proceed.

FOR THE COURT

MAY 0 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: William E. Doyle, Jr., Esq.
Ellen M. Lynch, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 3 2010

JAN HORBALY
CLERK